Hand-Delivered

FILED
CHARLOTTE, NC

MAR 0 4 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| KEVIN BOLES<br>          Plaintiff, | ) JURY TRIAL DEMANDED<br>)<br>) |
| v. | ) Case No. 3:24-cv-257-FDW<br>) |
| SUNRISE CREDIT SERVICES, INC &<br>ZWICKER & ASSOCIATES, P.C<br>          Defendant. | )<br>)<br>)<br>) |

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

### I.      INTRODUCTION

1.  This is an action for actual and statutory brought by Plaintiff Kevin Boles an individual consumer, against Defendant, SUNRISE CREDIT SERVICES, INC. & ZWICKER & ASSOCIATES, P.C for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

1

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in the Mecklenburg County, North Carolina and the conduct complained occurred in Mecklenburg County, North Carolina

## III. PARTIES

3. Plaintiff Kevin Boles (hereinafter "Mr. Boles") is a natural person and a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant SUNRISE CREDIT SERVICES, INC. is a New York corporation with its principal place of business located at 260 Airport Plaza Blvd. Farmingdale, NY 11735

5. Upon information and belief, Defendant ZWICKER & ASSOCIATES, P.C. is a Massachusetts corporation with its principal place of business located at 80 Minuteman Rd, Andover, MA 01801

2

6.   Defendants are both engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

## IV.   FACTS OF THE COMPLAINT

### SUNRISE CREDIT SERVICES, INC.

7.   Defendant SUNRISE CREDIT SERVICES, INC. is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8.   Starting in about February of 2024, Mr. Boles started receiving phone calls from SUNRISE CREDIT SERVICES, INC. attempting to collect a debt.

9.   On or about February 14th, 2024 Mr. Boles sent an email to SUNRISE CREDIT SERVICES, INC. stating that he refuses to pay this alleged debt.

3

10. Since Mr. Boles refused to pay this debt, he has received approximately 17 phone calls in the span of 2 weeks. Attempting to collect on the same debt he previously refused to pay pursuant to 1692c(c).

11. Some of these calls were as early as 6:53 in the morning.

12. Mr. Boles has received approximately 4 phone calls before 8am local time.

13. On multiple occasions, Mr. Boles would receive 3 phone calls a day. Giving reason to believe the calls were made with the intent to harass Mr. Boles.

14. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, frustration, amongst other negative emotions.

## ZWICKER & ASSOCIATES, P.C.

15. Defendant ZWICKER & ASSOCIATES, P.C. is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

16. Starting in about February of 2024, Mr. Boles started receiving notification from ZWICKER & ASSOCIATES, P.C. attempting to collect a debt.

4

17. When Mr. Boles received this notification, He wrote a letter to ZWICKER & ASSOCIATES, P.C. refusing to pay this debt pursuant to 1692c(c).

18. This letter was sent USPS certified mail with the tracking number of 9589071052701305499589.

19. ZWICKER & ASSOCIATES, P.C. received this letter on February 5th, 2024 @9:02am

20. On or about February 9th, 2024 Mr. Boles received a call from ZWICKER & ASSOCIATES, P.C. @8:08am, attempting to collect the same debt he refused to pay on.

21. On or about February 20th, 2024 Mr. Boles received a call from ZWICKER & ASSOCIATES, P.C. @5:22am, attempting to collect the same debt he refused to pay on.

22. On or about March 1st, 2024 Mr. Boles received a call from ZWICKER & ASSOCIATES, P.C. @8:27am, attempting to collect the same debt he refused to pay on.

23. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, frustration, amongst other negative emotions.

5

## V.    FIRST CLAIM FOR RELIEF
### (Defendant SUNRISE CREDIT SERVICES, INC. & ZWICKER & ASSOCIATES, P.C.)
### 15 U.S.C. §1692c(c)

24.    Mr. Boles re-alleges and reincorporates all previous paragraphs as if fully set out herein.

25.    The Debt Collector's violated the FDCPA.

26.    The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving notice.

27.    As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Boles actual damages, statutory damages and cost.


## VI.    SECOND CLAIM FOR RELIEF
### (Defendant SUNRISE CREDIT SERVICES, INC. & ZWICKER & ASSOCIATES, P.C.)
### 15 U.S.C. §1692c(a)(1)

28.    Mr. Boles re-alleges and reincorporates all previous paragraphs as if fully set out herein.

29.    The Debt Collector's violated the FDCPA.

6

30.     The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(a)(1) of the FDCPA by calling at a time which should be known to be inconvenient

31.     As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Boles actual damages, statutory damages and cost.


### VII.   THIRD CLAIM FOR RELIEF
**(Defendant SUNRISE CREDIT SERVICES, INC. & ZWICKER & ASSOCIATES, P.C.)**
**15 U.S.C. §1692d(5)**

32.     Mr. Boles re-alleges and reincorporates all previous paragraphs as if fully set out herein.

33.     The Debt Collector's violated the FDCPA.

34.     The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692d(5) of the FDCPA by calling with the intent to harass or abuse the consumer.

35.     As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Boles actual damages, statutory damages and cost.

7

## VIII.  <u>JURY DEMAND AND PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff Mr. Boles respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.


Respectfully submitted:

Kevin Boles

612 Elmhurst Rd

Charlotte, NC 28209

kevinboles1987@gmail.com

8